UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
          :
OFF-WHITE LLC,                                             :

        Plaintiff,      :

-against-           :    1:21-cv-9613-GHW

AEUNZN, CFOTOYO, CHUANTAIDIANPU,  :    ORDER
DUOCAILE, FANSON, FASHIONFRONT1,
GREENLIFEPRO, GUZDGD2, HAIBOYIBO,
JEEPLO, JINTAI BUSINESS, KINYBABY, LYCHEE
TREE, MMANGO, ORAG, POLICO STORE,
PPTABOLD-US, PYGONG, SHENGSHENGKEJI,
TRUSTAND, XIAONINGGE, YANGKAIDIANQU,
YUNWU US, ZHENGGUOHUIFUZHUANGDIAN
and 偶说为商贸有限公司,

        Defendants.
--------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2022

GREGORY H. WOODS, District Judge:

On February 14, 2022, the Court held an initial pretrial conference as ordered in the Court's December 15, 2021 Order. Dkt. No. 19. The Court and representatives for the Plaintiff appeared at the scheduled time for the conference. The Court waited for just over ten minutes, but no representative appeared on behalf of any of the defendants.

As discussed at the conference, the Court expects that any application by Plaintiff for default judgment will be filed within 45 days.

SO ORDERED.

Dated: February 15, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge