UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>                    Plaintiff,<br><br>          -against-<br><br>AEUNZN, et al.,<br><br>                    Defendants. | 1: 21-cv-09613 (JLR)<br><br>**NOTICE TO DEFENDANTS** |

JENNIFER L. ROCHON, United States District Judge:

## A Lawsuit Has Been Filed Against You

Plaintiff Off-White LLC has started a lawsuit against Aeunzn, Cfotoyo, Chuantaidianpu, Duocaile, Fanson, Fashionfront1, Greenlifepro, Guzdgd2, Haiboyibo, Jeeplo, Jintai Business, Kinybaby, Lychee Tree, Mmango, Orag, Polico Store, Pptabold-US, Pygong, Shengshengkeji, Trustand, Xiaoningge, Yangkaidianqu, Yunwu US, Zhengguohuifuzhuangdian, Even Said for Trading Co., Ltd. You are receiving this notice as a Defendant.

Plaintiff alleges that you copied, manufactured, advertised, distributed, offered for sale, and sold products on Amazon that infringe on Plaintiff's registered trademarks and otherwise falsely passed off your products as Off-White products in violation of federal and state law. Plaintiff sought, and received, a temporary restraining order and preliminary injunction preventing you from the continued violation of these laws. Plaintiff is now requesting that this injunctive relief become permanent. Plaintiff is also seeking monetary damages in the amount of $75,000 against each Defendant. You are receiving this notice because you have not answered or otherwise responded to the Court about the Plaintiff's allegations.

1

**If You Do Not Respond to the Lawsuit, A Judgment May Be Filed Against You**

Plaintiff has asked the Court to enter a default judgment in its favor against you. A default judgment is a final ruling in a case because a defendant has failed to take action. Plaintiff has asked the Court to conclude: (1) that you do not oppose Plaintiff's allegations or disagree with its claims; and (2) that Plaintiff is entitled to damages in the amount of $75,000 against each Defendant and a permanent injunction against continued infringement of the trademark and related unfair competition laws. If you continue to fail to participate, the Court may grant Plaintiff's request and enter the default judgment against you. A judgment is a public record with significant potential consequences against you, particularly if you do not pay the judgment. Plaintiff may use the following legal tools to ensure payment of an unpaid judgment: (1) attachment (a court order seizing property), (2) imposition of a lien (giving a legal right to one's property until a debt has been paid) or garnishment (ordering someone holding funds on behalf of a defendant, such as an employer or a bank, to pay debts directly to the plaintiff to satisfy the judgement).

**You May Still Respond to the Lawsuit**

The Court has not granted the default judgment against you yet. You still have an opportunity to respond to the lawsuit. Enclosed is an order scheduling a Hearing for **February 14, 2023 at 11:00 (Eastern Time)** to discuss Plaintiff's motion asking the Court to enter default judgment against you. You may participate in the conference by appearing at Courtroom 20B at Daniel P. Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007. You may also have a lawyer appear for you.

**Corporate Defendants**

Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and

where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

## **Opposition Requested**

As stated in the related Order issued today, you are directed to promptly notify the Court. If you choose to contact the Court or file an opposition, you may state whether you received notice about the lawsuit prior to this Notice, or your factual and legal objections to Plaintiff's claims. If you did not receive a copy of the complaint, you may request one from Plaintiff's lawyer, whose information is at the end of this Notice, or the Clerk of Court. If you decide to contact the Court, you must do so by **January 31, 2023** . Any letter to the Court should clearly list the following case name and number: *Off-White LLC v. Aeunzn* et. Al, 21-cv-09613.

You can mail or deliver the letter to:

United States District Court for the Southern District of New York
Attn: Clerk's Office / Judge Rochon
500 Pearl Street
New York, New York 1007

## Service

It is further ORDERED that Plaintiffs serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; (2) a copy of this Order; and (3) a full docket Sheet **within two business days of the filing of this Order**. Within **two business days of service,** Plaintiffs must file proof of such service on the docket.

Dated: December 19, 2022
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

Plaintiff's Counsel

**Ashly Erin Sands**
Epstein Drangel LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
(212)-292-5390
Fax: (212)-292-5391
Email: asands@ipcounselors.com

**Brian Igel**
Bellizio + Igel PLLC
305 Madison Avenue, 40th Floor
New York, NY 10165
(212)-873-0250
Email: bigel@bilawfirm.com

**Danielle S. Futterman**
Epstein Drangel LLP
60 East 42nd Street
Suite 2520
New York, NY 10165
212-292-5390
Email: dfutterman@ipcounselors.com

**Gabriela N. Nastasi**
Epstein Drangel LLP
60 East 42nd Street

Suite 2520
New York, NY 10165
212-292-5390
Email: gnastasi@ipcounselors.com

**Jason M. Drangel**
Epstein Drangel LLP
60 E 42nd Street
Suite 1250
New York, NY 10165-0011
212-292-5390
Fax: 212-292-5391
Email: mail@ipcounselors.com