Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:    (212) 873-0250
Facsimile:    (646) 395-1585
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>AEUNZN, CFOTOYO, CHUANTAIDIANPU, DUOCAILE, FANSON, FASHIONFRONT1, GREENLIFEPRO, GUZDGD2, HAIBOYIBO, JEEPLO, JINTAI BUSINESS, KINYBABY, LYCHEE TREE, MMANGO, ORAG, POLICO STORE, PPTABOLD-US, PYGONG, SHENGSHENGKEJI, TRUSTAND, XIAONINGGE, YANGKAIDIANQU, YUNWU US, ZHENGGUOHUIFUZHUANGDIAN and 偶说为商贸有限公司,<br><br>*Defendants* | **CIVIL ACTION No.**<br>**21-cv-9613 (JLR)** |

## NOTICE OF MOTION FOR AN ORDER REOPENING THE CASE AND FOR AN ASSET TURNOVER

PLEASE TAKE NOTICE THAT, based upon the accompanying Memorandum of Law, Declaration of Gabriela N. Nastasi and Exhibits attached thereto, Plaintiff, Off-White LLC ("Off-White") ("Plaintiff") hereby moves this Court, pursuant to N.Y. C.P.L.R. § 5225(b) and Fed. R. Civ. P. 69, for an order reopening the case and compelling Amazon to turn over Defaulting Defendants' Assets that at all times material to this motion were in its possession, and are or were otherwise due and owing to Plaintiff. For the reasons set forth at length in the accompanying Memorandum of Law, a court order reopening the case and directing the turnover of Defaulting Defendants Assets to Plaintiff is appropriate in this case.

Dated: July 8, 2024

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____

Gabriela N. Nastasi
gnastasi@ipcounselors.com
Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:  (212) 873-0250
Facsimile:   (646) 395-1585
*Attorneys for Plaintiff*
*Off-White LLC*